## CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** John J. Tuchi  **Date:** September 12, 2025

**Ali Hamad Al Bazergan v. Donald J. Trump, et al.**

**Case Number:** CV-25-03171-PHX-JJT (JFM)

**Attorney for Petitioner:** Ginger Jacobs, appearing telephonically

**Attorney for Respondent:** Brock Heathcotte, appearing in-person

### TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION HEARING:

10:08 a.m. Court convenes. Discussion held. As stated on the record, this is the time set for Temporary Restraining Order Hearing and Preliminary Injunction Hearing re: Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. [2]). Argument held. This matter taken under advisement. Formal Order to issue.

11:26 a.m. Court adjourned.

**Court Reporter** Scott Coniam  
**Deputy Clerk** Julie Martinez

**Start:** 10:08 AM  
**Stop:** 11:26 AM  
**TOTAL:** 1 hr. 18 mins.